**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6696

DEON ARNELL TURNER,

          Plaintiff - Appellant,

   and

JOHN DOE DETAINEES/INMATES; JANE DOE DETAINEES/INMATES,

          Plaintiffs,

   v.

TERRY KOKOLIS, Director of Talbot County Department of Corrections and Detention Center; KNOWN AND UNKNOWN CORRECTIONAL OFFICERS; FOOD SERVICE PROVIDER (TRINITY); COMMISSARY SERVICE PROVIDER (KEEFE); HEALTHCARE SERVICE PROVIDER (WELLPATH); TELEPHONE SERVICE PROVIDER (SECURUS); JOHN DOE CORRECTIONAL OFFICERS, (all) individually and in their official capacities; JANE DOE CORRECTIONAL OFFICERS, (all) individually and in their official capacities,

          Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:23-cv-00555-JRR)

Submitted:  March 28, 2024                      Decided:  April 1, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

_____

Deon Arnell Turner, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deon Arnell Turner appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Turner v. Kokolis*, No. 1:23-cv-00555-JRR (D. Md. June 14, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*